Ruffin, C. J.
 

 The defendant was indicted for a battery on one Hopkins, and was convicted on not guilty pleaded, and sentenced to pay a fine of
 
 $
 
 100, and be imprisoned ten days, and he appealed to this Court.
 

 
 *22
 
 Of course, the conviction is to be presumed right, in point of law, as well as in point of fact, since the defendant tendered no bill of exceptions. Therefore, there cannot be a
 
 venire de novo.
 
 Nor does the Court find any error in the record, for which the judgment should have been arrested. Indeed, none has been suggested on the part of the defendant; but he has given up the case. We conclude that the appeal was for delay merely ; and we notice it merely for the purpose of expressing our disapprobation of such an abuse of the right of appeal, and intimating the propriety in such cases of preve nting it by the Superior Courts refusing to let a convict to bail, since thereby the purposes of the lawin requiring offenders to be punished, are, in a considerable degree defeated, and the law evaded, and brought into contempt.
 

 The usual certificate, that there is no error in the judgment, must be sent to the Superior Court, to the end that farther proceedings may be had there according to law.
 

 PilR C URIAH. Ordered accordingly.